UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES CHAVEZ MARTIN, and BELLA NOHELY MENDEZ VASQUEZ as Next Friend,

                                  Petitioner,

-against-

WILLIAM JOYCE, in his official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR, in her official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Director, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

                                  Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/4/2026

26 Civ. 4699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner's *pro se* application for a writ of habeas corpus under 28 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated: June 4, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge