USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES CHAVEZ MARTIN, and BELLA NOHELY MENDEZ VASQUEZ as Next Friend,

Petitioner,

-against-

WILLIAM JOYCE, in his official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR, in her official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Director, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

26 Civ. 4699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner's reply filed at ECF No. 21. By **July 13, 2026**, Petitioner shall file a letter on the docket addressing whether the Court has jurisdiction over this action. *See* ECF Nos. 8, 14, 17. By **July 15, 2026**, the government may file a sur-reply addressing the arguments raised in Petitioner's reply and letter concerning jurisdiction.

SO ORDERED.

Dated: July 8, 2026
New York, New York

ANALISA TORRES
United States District Judge