USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES CHAVEZ MARTIN,

Petitioner,

-against-

WILLIAM JOYCE, in his official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR, in her official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Director, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

26 Civ. 4699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated **July 13, 2026**, Petitioner and the government report that, at the time the habeas petition in this action was filed, Petitioner was physically present in this District. *See* ECF No. 23 at 1. Accordingly, the court determines that the petition was properly filed in this District. To aid in the exercise of this Court's jurisdiction, *see* ECF No. 5, the government is ORDERED to immediately transfer Petitioner to a facility in this District, the Eastern District of New York, or the District of New Jersey. Thereafter, Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey shall be ADMINISTRATIVELY STAYED. By **July 15, 2026**, the government shall certify compliance with the terms of this order.

SO ORDERED.

Dated: July 13, 2026
New York, New York

ANALISA TORRES
United States District Judge