USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES CHAVEZ MARTIN,

Petitioner,

-against-

WILLIAM JOYCE, in his official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; JUDITH ALMODOVAR; in her official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Director, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

26 Civ. 4699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court AMENDS its prior order at ECF No. 28, to reflect that the government must release Chavez Martin with all of his belongings that are in his possession, including but not limited to identification cards, clothing, and money. The government shall arrange for the return of any of Chavez Martin's property that remains in ICE's possession after his release, at Chavez Martin's convenience.

SO ORDERED.

Dated: July 30, 2026
New York, New York

ANALISA TORRES
United States District Judge