UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES CHAVEZ MARTIN,

Petitioner,

-against-

WILLIAM JOYCE, IN HIS OFFICIAL CAPACITY AS ORDER ACTING NEW YORK FIELD OFFICE DIRECTOR FOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JUDITH ALMODOVAR; IN HER OFFICIAL CAPACITY AS ACTING NEW YORK FIELD OFFICE DIRECTOR FOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, IN HIS OFFICIAL CAPACITY AS DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; AND U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT.,

Respondents,

26 CIVIL 04699 (AT)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated July 30, 2026, the petition at ECF No. 1 is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York
August 3, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**